UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>    Plaintiff,<br><br>    v.<br><br>PRB MANAGEMENT, LLC,<br><br>    Defendant. | Case No. 21-cv-08927-SK<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this action on November 17, 2021, and represents that Defendant was served on November 29, 2021.  (Dkt. Nos. 1, 8.)  Pursuant to the scheduling order entered on November 18, 2021, the last day for Plaintiff to file a Notice of Need for Mediation was March 11, 2022. (Dkt. No. 5.)  To date, Plaintiff has not yet done so.  Moreover, Defendant has not yet appeared, and Plaintiff has not moved for entry of default, despite the fact that Defendant was served almost four months ago.

Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than April 1, 2022, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).   Additionally, Plaintiff is admonished that, if he fails to file a response to this Order to Show Cause by April 1, 2022, the Court will reassign this matter and issue a report and recommendation that this matter be dismissed for failure to prosecute without any further notice.

**IT IS SO ORDERED**.

Dated: March 22, 2022

_____
SALLIE KIM
United States Magistrate Judge